Lisa Mclendon ARBIA, Plaintiff—
Appellant,

v.

OWENS–ILLINOIS, INCORPORATED;
David Leineweber; Eugene Escolas;
Timothy Stebbins; Jack Shank, Defendants—Appellees.

No. 04–2405.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 24, 2005.

Decided: March 29, 2005.

Lisa McLendon Arbia, Appellant pro se.

Jim Odell Stuckey, II, Nelson, Mullins, Riley & Scarborough, Columbia, South Carolina, for Appellees.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lisa McLendon Arbia appeals the district court's October 21, 2004, order.* We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See *Arbia v. Owens–Illinois, Inc.*, No. CA–02–111–1 (M.D.N.C. Oct. 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* To the extent Arbia seeks to challenge the district court's adverse grant of summary judgment and dismissal of her civil action against Appellees, Arbia's notice of appeal is untimely. Fed. R.App. P. 4(a)(1)(A).